No. 98–5150. PESEK v. WITSCHEBER ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–5153. SHAUGHNESSY v. MCKEEVER ET AL. Super. Ct. N. H., Belknap County. Certiorari denied.

No. 98–5154. STEVENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5155. TUMLIN v. GOODYEAR TIRE & RUBBER CO. ET AL. Sup. Ct. Va. Certiorari denied.

No. 98–5156. WILLIAMS v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 98–5157. WILLIS v. LINAHAN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 98–5158. PATTERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5159. MCKINNON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5160. NIGEL N., A JUVENILE v. MASSACHUSETTS. App. Ct. Mass. Certiorari denied.

No. 98–5161. WATSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–5162. WALKER v. KLINGER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 98–5163. THOMPSON v. SPRIGGS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5164. GOMEZ-GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5165. HOWARD v. HOUSE PARTS, INC. C. A. 11th Cir. Certiorari denied.

No. 98–5166. GILLIES v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.